UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILIPE MANUEL FUENTES,

    Petitioner,

    v.

LEANNE LUNDY, Warden,

    Respondent.

**Case No. 8:25-cv-00420-WLH (JDE)**

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Docket No. 1); the Order to Show Cause (Docket No. 6); Petitioner's Response to the Order to Show Cause (Docket No. 10); and the Report and Recommendation of the assigned magistrate judge (Docket No. 12, "Report"). No party filed a timely objection to the Report. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

///

///

1  **IT IS THEREFORE ORDERED** that Judgment be entered dismissing
2  this action without prejudice to Petitioner filing a new action in this Court if he
3  obtains authorization from the Ninth Circuit to do so.

Dated: 8/29/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE