UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FILIPE MANUEL FUENTES,<br><br>Petitioner,<br><br>v.<br><br>LEANNE LUNDY, Warden,<br><br>Respondent. | Case No. 8:25-cv-00420-WLH (JDE)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

**IT IS ORDERED**, **ADJUDGED**, and **DECREED** that this action is dismissed without prejudice to Petitioner filing a new action in this Court if he obtains authorization from the Ninth Circuit to do so.

Dated: 8/29/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE